**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: BETTY J. FIEDLER        :   No. 95 MAL 2016
                                       :
                                       :
PETITION OF: LATISHA BITTS AND    :   Petition for Allowance of Appeal from
ADAM BUCKIUS                        :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is

**DENIED**.